UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GEORGE FUL NINYING,

                                  JUDGMENT
                                17-cv-00688 (LDH) (CLP)

                      Plaintiff,

        -against-

FIRE DEPARTMENT, CITY OF NEW YORK/NYC
LAW DEPARTMENT,

                     Defendants.
-------------------------------------------------------------X

      A Memorandum, Decision, and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on March 28, 2019, granting Defendant's motion to dismiss; it is

      ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; and that this case is closed.

Dated: Brooklyn, New York                                       Douglas C. Palmer
       March 29, 2019                                                Clerk of Court

                                                  by:    */s/ Jalitza Poveda*
                                                               Deputy Clerk