**ORIGINAL**



FORM 1

# NOTICE OF APPEAL

\*\*\*\*\*\*\*\*\*\*

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

GEORGE FUL NINYING
    Plaintiff,

against

NEW YORK CITY LAW DEPARTMENT

NOTICE OF APPEAL

17-CV-00688 (LDH) (CLP)
Docket No.

Notice is hereby given that **GEORGE FUL NINYING** (party) hereby appeals to the United States Court of Appeals for the Second Circuit from the decision (describe it) **And Judgement** entered in this action on the **01** day of **APRIL**, 20**19**.

George Ful Ninying
Signature

GEORGE FUL NINYING
Printed Name

2024 HUGHES AVE #SC
Address

BRONX, NY 10457

(917) 689-2047
Telephone No. (with area code)

Date: 04-26-2019